STATE OF NEW JERSEY v. RORY SCOTT.

June 27, 1989.

Leave to appeal granted. (See 231 *N.J.Super.* 258)

STATE OF NEW JERSEY v. JAMES KOEDATICH.

June 27, 1989.

Leave to appeal granted.

STATE OF NEW JERSEY v. JAMES I. HUNT.

June 27, 1989.

This matter having been duly presented to the Court on a motion for reconsideration and the Court having determined in its opinion that the jury charge, taken as a whole, was without error in respect of the State's burden of proof and that the charge adequately conveyed that the burden was on the State to prove the absence of reasonable provocation;

It is ORDERED that the motion for reconsideration is denied. See *State v. Hunt,* 115 *N.J.* 330 (1989).